FILED

NOV 21 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-SW-0137-EFB |
| | 2:12-SW-0138-EFB |
| Plaintiff, | 2:12-SW-0140-EFB |
| | 2:12-SW-0839-EFB |
| v. | |
| ALL FUNDS MAINTAINED AT SCOTTRADE BROKERAGE ACCOUNT NUMBER 55530461, HELD IN THE NAME GLEN E. MEYERS, IN AN AMOUNT INCLUDING $127,675.49 IN DEPOSITS AND ANY DIVIDENDS OR INCREASES IN VALUE OF STOCK PURCHASED WITH SUCH FUNDS, WHICH CONSIST OF TRANSFERS TO THIS ACCOUNT FROM SCOTTRADE BROKERAGE ACCOUNT NUMBER 55523521 IN THE NAMES AIMEE BURGESS AND GLEN E. MEYERS AS WELL AS DEPOSITS MADE TO THE ACCOUNT BETWEEN APRIL 27, 2011 AND AUGUST 23, 2011, | ORDER RE: REQUEST TO UNSEAL DOCUMENTS |
| ALL FUNDS MAINTAINED AT E*TRADE SECURITIES LLC INDIVIDUAL ACCOUNT NUMBER 67575072, HELD IN THE NAME GLEN E. MEYERS, IN AN AMOUNT UP TO AND INCLUDING $113,438.88, | |
| ALL FUNDS MAINTAINED AT JP MORGAN CHASE ACCOUNT NUMBER 914633045, HELD IN THE NAME MEYERS FAMILY STEEL, IN AN AMOUNT UP TO AND INCLUDING $75,000.00, and | |
| ALL FUNDS MAINTAINED AT SCOTTRADE BROKERAGE ACCOUNT NUMBER 55530461, HELD IN THE NAME GLEN E. MEYERS, IN AN | |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | AMOUNT INCLUDING $85,379.40 IN DEPOSITS AND ANY DIVIDENDS OR INCREASES IN VALUE OF STOCK PURCHASED WITH SUCH FUNDS, AS WELL AS DEPOSITS MADE TO THE ACCOUNT BETWEEN SEPTEMBER 27, 2011 AND MARCH 20, 2012 (INCLUSIVE) IN ADDITION TO THE $127,675.49 PREVIOUSLY FROZEN PURSUANT TO SEIZURE WARRANT 2:12-SW-0140-EFB,<br><br>DEFENDANTS. |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavits in the above captioned proceedings be and are hereby unsealed.

Date: Nov. 20, 2013

KENDALL J. NEWMAN
United States Magistrate Judge

2

Order Re: Request to Unseal Documents